IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SHANE A. MATHIS, §
§
Petitioner, §
§
v. § 2:13-CV-083
§
WILLIAM STEPHENS, §
Director, Texas Dep't of Criminal Justice, §
Correctional Institutions Division, §
§
Respondent. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging two prison disciplinary cases. On August 5, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein the petition for a writ of habeas corpus be denied as petitioner did not lose any previously earned good time credits as a result of the disciplinary proceedings. As of this date, petitioner has not filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of September, 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE